# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| FEDERAL HOME LOAN | § | |
| MORTGAGE CORPORATION | § | |
| | § | |
| V. | § | CASE NO. 4:11CV357 |
| | § | Judge Schneider/Judge Mazzant |
| | § | |
| RONALD PARMS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 8, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. #4) should be granted and the case should be remanded to County Court at Law No. 2 for Denton County, Texas.

The Court, having made a *de novo* review of the objections raised by Defendant, as well as Plaintiff's response to Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand is GRANTED and the case is REMANDED to County Court at Law No. 2 for Denton County, Texas.

It is further **ORDERED** that Defendant is barred from filing further Notices of Removal that pertain to the property in question for a period of one hundred and eighty days from the filing of this

Memorandum.  Any attempt to file a notice of removal shall have no legal effect upon any forcible detainer proceedings between Plaintiff and Defendant.

**It is SO ORDERED.**

**SIGNED this 11th day of August, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE